```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
CHRISTOPHER SADOWSKI,                   :
                                        :
                    Plaintiff,          :
                                        :
    - against -                         :         **ORDER**
                                        :
ADMERASIA INC., et al.,                 :         18 Civ. 10113
                                        :
                                        :
                    Defendant.          :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The parties in this action participated in a settlement conference before Magistrate Judge Fox on November 19, 2019. A review of the Docket Sheet indicates no further action by either of the parties. Accordingly, it is hereby

**ORDERED** that Plaintiff inform the Court, by September 11, 2020, concerning the status of this action and Plaintiff's contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:     September 4, 2020
           New York, New York

                                              _____
                                              Victor Marrero
                                              U.S.D.J.