UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER SADOWSKI,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　　　:　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　:
　　-against-　　　　　　　　　　　　　　 :　　18-CV-10113 (VM))(KNF)
　　　　　　　　　　　　　　　　　　　　　:
ZAN NG d/b/a/ https://nychaobao.com/ and　:
http://koreanhlh.com/; ADMERASIA, INC., and :
DOES 1 through 10 inclusive,　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　　　　 :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

　　　　IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on February 9, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:　New York, New York　　　　　　SO ORDERED:
　　　　February 1, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KEVIN NATHANIEL FOX
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE