UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOPHER SADOWSKI,                                       :
                                                            :
                Plaintiff,                               :      **ORDER**
                                                            :
    -against-                                              :      18-CV-10113 (VM))(KNF)
                                                            :
ZAN NG d/b/a/ https://nychaobao.com/ and                    :
http://koreanhlh.com/; ADMERASIA, INC., and                 :
DOES 1 through 10 inclusive,                                :
                                                            :
                Defendants.                              :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephone conference was held with counsel to the respective parties on February 9, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

      1) all discovery, of whatever nature, shall be initiated so as to be completed on or before April 30, 2021;

      2) any dispositive motion shall be made in accordance with the Individual Rules of Practice of the assigned district judge; and

      3) if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before June 6, 2021. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York          SO ORDERED:
       February 10, 2021

                                                       _Kevin Nathaniel Fox_
                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE