**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
CHRISTOPHER SADOWSKI,                  :
                                       :
                  Plaintiff,           :
                                       :
         -against-                     :
                                       :
ZAN NG, et al.,                        :
                                       :
                  Defendants.          :
--------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/7/21__

**18 Civ. 10113 (VM)**
**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

On June 4, 2021, Plaintiff Christopher Sadowski filed a
Motion for Partial Summary Judgment as to Copyright
Infringement. (See Dkt. No. 40.) The Court will not consider
this filing as it does not comply with the Court's Individual
Rules of Practice for substantive motions. (See Individual
Practices at II, A.) Plaintiff is hereby ordered to comply
with the Court's individual practices before filing the
contemplate motion.

**SO ORDERED:**


Dated:    New York, New York
          07 June 2021

                                   _____
                                      Victor Marrero
                                         U.S.D.J.