```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
Christopher Sadowski,              :
                                   :
                Plaintiff,         :
                                   :         18 Civ. 10113(VM)
        -against-                  :            ORDER
                                   :
Admerasia, Inc., et al.,           :
                                   :
                Defendants.        :
----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/6/2021__

**VICTOR MARRERO, U.S.D.J.:**

On July 17, 2021, Christopher Sadowski ("Sadowski") filed a letter requesting leave to file a formal motion for summary judgment. (See Dkt. No. 46.) Zan Ng and Admerasia, Inc., opposed the request on July 24, 2021, or in the alternative requested permission to file a cross motion for summary judgment. (See Dkt. No. 48.) After reviewing the parties' submissions, the Court is persuaded that leave to file the cross-motions for summary judgment should be granted. Accordingly, the parties are directed to submit to the Court a proposed briefing schedule for Sadowski's opening motion, Defendants' consolidated opposition and cross-motion, Sadowski's consolidated reply in support of its summary judgment motion and opposition to Defendant's cross motion, and Defendants' reply brief in support of their cross-motion. The parties are directed to submit such proposed briefing schedule by August 13, 2021.

**SO ORDERED:**

Dated:   New York, New York
         06 August 2021

_____
Victor Marrero
U.S.D.J.