```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
CHRISTOPHER SADOWSKI,                  :
                                       :
                     Plaintiff,        :
                                       :
     - against -                       :         ORDER
                                       :
ADMERASIA INC., et al.,                :      18 Civ. 10113
                                       :
                                       :
                     Defendant.        :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A trial in this matter shall commence on November 14, 2022 and last two days.

**SO ORDERED.**

Dated:   April 11, 2022
         New York, New York

Victor Marrero
U.S.D.J.