**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
CHRISTOPHER SADOWSKI,                    :
                                         :
                    Plaintiff,           :
                                         :
    - against -                          :          **ORDER**
                                         :
ADMERASIA INC., et al.,                  :          18 Civ. 10113
                                         :
                                         :
                    Defendant.           :
----------------------------------------X
**VICTOR MARRERO, United States District Judge.**


        The trial in this matter set to commence on November 14, 2022

shall be adjourned until December 12, 2022. Trial shall last two

days.

 **SO ORDERED.**


Dated:    July 7, 2022
          New York, New York

                                              Victor Marrero
                                                 U.S.D.J.